**JEFFERSON BANK & TRUST COMPANY, Respondent,**

v.

**Chi W. CHANG, Appellant.**

No. 68588.

Missouri Court of Appeals,
Eastern District,
Division Three.

April 30, 1996.

Edgar Edward Lim, Clayton, for appellant.

James Flores–Quilty, St. Louis, for respondent.

Before SMITH, P.J., and GARY M. GAERTNER and RHODES RUSSELL, JJ.

## ORDER

PER CURIAM.

Appellant, Chi W. Chang, appeals the judgment sustaining respondent's, Jefferson Bank and Trust Company's, motion for summary judgment on its action for damages from two dishonored checks executed by appellant. We affirm.

We have reviewed the briefs of the parties and the legal file and find no error of law appears. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 84.16(b).